**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | | |
|---|---|---|
| RICK DAVENPORT, *et al*., | ) | CASE NO.: 5:08-cv-00127-KKC |
| | ) | |
| Plaintiffs, | ) | JUDGE KAREN K. CALDWELL |
| | ) | |
| v. | ) | |
| | ) | |
| GLA COLLECTION COMPANY, | ) | **STIPULATION AND AGREED ENTRY** |
| INC., | ) | **AND ORDER DISMISSING CASE** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |
| _____ | ) | |

     Now come the parties and stipulate to the dismissal of this case with prejudice. It is there ORDERED that this case be dismissed with prejudice. Each party to bear its own costs and attorney fees.

<u>/s/Boyd W. Gentry</u>
Boyd W. Gentry (88625)
SURDYK, DOWD & TURNER CO., L.P.A.
Kettering Tower, Suite 1610
40 N. Main Street
Dayton, Ohio 45423
Tel. (937) 222-2333
Fax (937) 222-1970
bgentry@sdtlawyers.com
Trial Attorney for Defendant GLA Collection Company, Inc.


<u>/s/Rick Davenport and Deborah Davenport, /s/Boyd W. Gentry, per authority</u>
Rick Davenport and Deborah Davenport
106 Ilhardt Avenue
Nicholasville, KY 40356
Plaintiffs